UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JAMES K. RICE, | ) | |
| | ) | |
| Plaintiff, | ) | Jury Demand |
| v. | ) | |
| | ) | No. 3:15-cv-0398 |
| AUTUMN ASSISTED LIVING | ) | |
| PARTNERS, INC. | ) | Judge Campbell |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF'S PROPOSED JURY INSTRUCTION NO. 6

A supervisor's testimony may rebut the written job description concerning what constitutes an essential function of a job.[1]

THE LAW OFFICE OF DAVID L. COOPER, P.C.

s/ David L. Cooper
**DAVID L. COOPER, BPR #11445**

Third Avenue North Building
208 Third Avenue North, Suite 300
Nashville, TN 37201
(615) 256-1008

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing **Plaintiff's Special Request No. 6** has been delivered by electronic transmission through the CM/ECF system to **James K. Simms, IV, Esq., and Jennifer M. Lankford, Esq., Thompson Burton PLLC**, One Franklin Park, 6100 Tower Circle, Suite 200, Franklin, TN 37067, on this 26th day of October, 2016.

s/ David L. Cooper
**DAVID L. COOPER**

---

[1] *Rorrer v. City of Stow*, 743 F.3d 1025, 1040 (6th Cir. 2014).

1