IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JAMES K. RICE | ) |
| | ) |
| v. | ) NO. 3-15-0398 |
| | ) JUDGE CAMPBELL |
| AUTUMN ASSISTED LIVING | ) |
| PARTNERS, INC. | ) |

VERDICT FORM

We, the jury, unanimously find as follows:

**1. Did Defendant discriminate against Plaintiff Rice because of his disability, in violation of the ADA?**

    __X__ Yes         ____ No

If you answered "yes" to Question 1, proceed to Question 2. If you answered "no" to Question 1, skip Question 2, have your foreperson sign and date this form, and notify the Court officer that you are finished.

**2. If so, how much money is Plaintiff entitled to from Defendant for the following categories of damages?**

    Back pay                 _38,206.98_

    **Mental and emotional suffering**    _20,000_

If you awarded damages in response to Question 2, proceed to Question 3. If you did not award damages in response to Question 2, skip Question 3, have your foreperson sign and date this form, and notify the Court officer that you are finished.

3. Is Plaintiff entitled to punitive damages, as defined in your instructions, from Defendant?

_____ Yes      X No

_____
FOREPERSON

10-26-16
DATE