IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JAMES K. RICE | ) |
| | ) |
| v. | ) NO. 3-15-0398 |
| | ) JUDGE SHARP |
| AUTUMN ASSISTED LIVING | ) |
| PARTNERS, INC. | ) |

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 97), to which no Objections have been timely filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, Plaintiff's Motion for Attorneys' Fees (Docket No. 89) is GRANTED, and Plaintiff's counsel is awarded attorneys' fees in the amount of $59,600.00 against Defendant.

IT IS SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE